**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAMILO PALE FE'A,

Defendant.

Case No. 3:23-cr-00010-ART-CLB

**ORDER**

Based on the parties' stipulation (ECF No. 46), a good cause appearing,

IT IS ORDERED that the change of plea hearing currently scheduled for September 23, 2026, at 11:00 a.m., is vacated and continued to Tuesday, September 15, 2026, at 10:00 a.m. before U.S. District Judge Anne R. Traum in Reno Courtroom 6.

DATED this 4th day of September, 2026

Anne R. Traum
United States District Judge