**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAMILO PALE FE'A,

Defendant.

Case No. 3:23-cr-00010-ART-CLB

**ORDER GRANTING ECF No. 49**

**IT IS THEREFORE ORDERED** that the Change of Plea currently set for September 15, 2026 at 10:00 AM, be vacated and continued to **September 28, 2026, at 1:00 PM.**

DATED this 11th day of September, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE