**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

TAMILO PALE FE'A,

Defendant.

Case No. 3:23-cr-00010-ART-CLB

**ORDER**

Based on the stipulation (ECF No. 54), and good cause appearing,

IT IS ORDERED that the Sentencing hearing currently scheduled for January 4, 2027 at 1:00 p.m., is vacated and continued to March 9, 2027 at 11:00 a.m. before U.S. District Judge in Reno Courtroom 6.

DATED this 24th day of November, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE